# United States Court of Appeals
## For the First Circuit

No. 10-1841

BERKSHIRE MEDICAL CENTER, INC.,

Plaintiff, Appellee,

v.

U.W. MARX, INC.,

Defendant-Third Party Plaintiff, Appellant.

_____

ROCHESTER LINOLEUM AND CARPET CENTER, INC.,
d/b/a Rochester Flooring Resource,

Third Party Defendant.

ERRATA

The opinion of this Court, issued on July 7, 2011, should be amended as follows.

On page 3, last line of 2nd full paragraph, replace "about" with "out".